FILED
U.S. District Court
District of Kansas
02/20/2026
Clerk, U.S. District Court
By: SND Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**RICHARD CHANTEZ BUTLER,**

          **Petitioner,**

v.                                         **CASE NO. 25-3280-JWL**

**GLORIA GEITHER,**

          **Respondent.**

## MEMORANDUM AND ORDER

This matter is a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by state prisoner and Petitioner Richard Chantez Butler, who is incarcerated at Lansing Correctional Facility in Lansing, Kansas. (Doc. 1.) Petitioner has been granted leave to proceed in forma pauperis. (Doc. 3.) The currently operative petition in this matter is the amended petition (Doc. 9); the Court has allowed Petitioner to supplement the amended petition with a state-court brief[1] (Doc. 13) and Petitioner also has filed a memorandum in support of the amended petition (Doc. 14).

The Court has reviewed Petitioner's filings and concludes that a limited Pre-Answer Response ("PAR") is appropriate to assist the Court with its Rule 4 review. *See Wood v. Milyard*, 566 U.S. 463, 467 (2012); *Denson v. Abbott*, 554 F. Supp. 2d 1206 (D. Colo. 2008). Accordingly, the Court directs Respondent to file a PAR limited to addressing the affirmative defense of Petitioner's failure to exhaust state court remedies under 28 U.S.C. § 2254(b)(1)(A). If Respondent does not intend to raise the failure to exhaust as a defense, Respondent shall notify the Court of that decision in the PAR. Respondent will be granted to and including March 27, 2026 in which to

---

[1] Although the Court generally does not allow even a pro se petitioner to provide the facts supporting asserted grounds for relief only by reference to materials supplementing the petition, the Court determined that the specific circumstances of this case justify doing so. (*See* Doc. 10.)

1

file the PAR and Petitioner will be granted to and including April 27, 2026 in which to file a reply to the PAR if he wishes. After receipt and consideration of the PAR and any reply Petitioner files, the Court will issue further orders as necessary.

**IT IS THEREFORE ORDERED** that Respondent is granted until and including March 27, 2026 in which to file a Pre-Answer Response that complies with this order.

**IT IS FURTHER ORDERED** that Petitioner is granted until and including April 27, 2026 in which to file a reply to the Pre-Answer Response.

**IT IS SO ORDERED.**

DATED:   This 20th day of February, 2026, at Kansas City, Kansas.

S/ John W. Lungstrum
JOHN W. LUNGSTRUM
United States District Judge
