**FILED**
**U.S. District Court**
**District of Kansas**
05/08/2026

**Clerk, U.S. District Court**
**By:** _SND_ **Deputy Clerk**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

**RICHARD CHANTEZ BUTLER,**

**Petitioner,**

v.                                                    **CASE NO. 25-3280-JWL**

**GLORIA GEITHER,**

**Respondent.**

## MEMORANDUM AND ORDER

This matter is a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by Petitioner and Kansas state prisoner Richard Chantez Butler. The Court has reviewed Respondent's Pre-Answer Response (Doc. 18) and Petitioner's Reply (Doc. 22) and concludes that the resolution of whether Ground Seven was properly exhausted requires examination of the briefs filed in the Kansas appellate courts during Petitioner's direct appeal and the appeal from the denial of his K.S.A. 60-1507 motion, most of which[1] are not in the record currently before this Court. Therefore, the Court will order Respondent to file in this case copies of all briefs filed in both the Kansas Court of Appeals and the Kansas Supreme Court in *State v. Butler*, Appeal No. 123,742, and copies of all briefs filed in the Kansas Court of Appeals in *Butler v. State*, Appeal No. 127,474.

**IT IS THEREFORE ORDERED THAT** Respondent is granted to and including **June 10, 2026**, in which to file with this Court copies of all briefs filed in the Kansas appellate courts

---

[1] The Court recognizes that Plaintiff has previously filed a copy of the brief filed on his behalf to the Kansas Court of Appeals in his direct appeal. (Doc. 13.) That copy appears to have been marked on by Plaintiff, however, so the Court will order Respondent to provide a clean copy of this brief along with the other briefs identified in this order.

1

2

during Petitioner's direct appeal and during the appeal from the denial of his K.S.A. 60-1507 motion. After reviewing the briefs, the Court will issue additional orders as necessary.

**IT IS SO ORDERED.**

DATED:   This 8th day of May, 2026, at Kansas City, Kansas.

<u>S/ John W. Lungstrum</u>
JOHN W. LUNGSTRUM
United States District Judge